UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT

**In Re:**

**EMIDIO WOODWORKING &
SONS, INC.**
   **Debtor**

**CHAPTER   11**

**Case No.   10-21357-asd**

### DEBTOR'S APPLICATION TO EMPLOY LAW OFFICES OF RONALD I. CHORCHES, LLC AS ATTORNEY FOR THE DEBTOR

Pursuant to 11 U.S.C. Sec. 327(a), EMIDIO WOODWORKING & SONS, INC. debtor and debtor-in-possession (hereinafter "Debtor") hereby apply for an order authorizing the employment of LAW OFFICES OF RONALD I. CHORCHES, LLC (hereinafter referred to as "RIC, LLC") as its counsel under a general retainer (the "Application"). In support of this Application, the Debtor respectfully states:

1. On April 26, 2010 (the "Petition Date"), the Debtor filed a voluntary petition for relief under chapter 11 of the Bankruptcy Code, 11 U.S.C. Section 101, *et seq.* (the "Bankruptcy Code").

2. The Debtor is continuing in possession of his property and is operating and managing his affairs as a Debtor-in-Possession pursuant to Sections 1107 and 1108 of the Bankruptcy Code. No trustee, examiner or committee has been appointed in this case.

3. The Court has jurisdiction over this matter pursuant to 28 U.S.C. Sections 157 and 1334. This is a core proceeding pursuant to 28 U.S.C. Section 157(b)(2).

4. Pursuant to Section 327(a) of the Bankruptcy Code, the Debtor desires to employ RIC, LLC as counsel under a general retainer.

5. RIC, LLC is well qualified to represent the Debtor due to its considerable experience in bankruptcy and business matters.

6. The Debtor contemplates that RIC, LLC will provide general legal services to the Debtor throughout the course of this chapter 11 case, including litigation and bankruptcy advice. Among the services that RIC, LLC will provide are:

a) Advising the Debtor regarding his rights, duties and powers as a debtor and a debtor-in-possession operating and managing his business and property;

b) Advising and assisting the Debtor with respect to financial agreements, debt restructuring, cash collateral orders and other financial transactions;

c) Reviewing and advising the Debtor regarding the validity of liens asserted against property of the Debtor;

d) Advising the Debtor as to actions to collect and recover property for the benefit of the Debtor's estate;

e) Preparing on behalf of the Debtor the necessary applications, motions, complaints, answers, pleadings, orders, reports, notices, schedules, and other documents, as well as reviewing all financial reports and other reports filed in this chapter 11 case;

f) Counseling the Debtor in connection with all aspects of a plan of reorganization. disclosure statement and related documents; and

g) Performing all other legal services for the Debtor which may be necessary in this chapter 11 case.

7. Subject to the Court's approval, RIC, LLC will charge the Debtor for his legal services on an hourly basis in accordance with its ordinary and customary hourly rates as follows:

| | |
|---|---|
| **Ronald I. Chorches** | - $325.00 |
| **Martin Chorches** | - $325.00 |
| **Marjorie R. Gruszkiewicz** | - $310.00 |
| **George Cameron** | - $275.00 |

The foregoing rates are subject to increase every year. RIC, LLC will maintain detailed records of any actual and necessary costs and expenses incurred in connection with the foregoing legal services.

8. Prior to the chapter 11 filing, RIC, LLC received a retainer of Fifteen Thousand Dollars ($15,000.00) which retainer will be applied on account of legal fees and expenses incurred in representing the Debtor in contemplation of and in connection with the Chapter 11 case.

9. To the best of the Debtor's knowledge, RIC, LLC has no connection to the Debtor, the Debtor's creditors, the Office of the United States Trustee, or any other party in interest.

10. To the best of the Debtor's knowledge, RIC, LLC represents no interest adverse to the Debtor or its estate and is disinterested as that term is defined by Section 101(14) of the Bankruptcy Code. An affidavit executed on behalf of RIC, LLC in accordance with the provisions of Section 327 of the Bankruptcy Code and Federal Rule of Bankruptcy Procedure 2014 is annexed hereto.

11. RIC, LLC intends to apply to the Court for compensation for services rendered and expenses incurred post-petition in accordance with Sections 330 and 331 of the Bankruptcy

Code, the applicable Federal Rules of Bankruptcy Procedure, and the Local Rules of Bankruptcy Procedure.

12. No previous application for the relief requested herein has been made in this case.

WHEREFORE, based on the foregoing, the Debtor respectfully requests that the Court enter an order authorizing it to employ the RIC, LLC in this case under a general retainer and for such other relief as may be just and proper.

Dated at Wethersfield, CT
April 26, 2010

EMIDIO WOODWORKING & SONS, INC.

By: *[signature]*
Anna Zavarella
Its President